*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ROCKY SINGLETON, ET AL

vs.                                              NO. 3:04CV00150 SWW

CARTER EXPRESS, INC.

## ORDER OF DISMISSAL

The parties having settled this matter during a settlement conference before Magistrate Judge Jerry W. Cavaneau on July 21, 2005,

IT IS THEREFORE ORDERED that this action be, and it hereby is, dismissed with prejudice.

DATED this 4th day of October, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE